United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WORLD COURIER, INC.,

    Plaintiff,

v.

DONEEN BARONE, et al.,

    Defendants.

_____/

No. C 06-03072 TEH

**ORDER**

The Court is in receipt of Defendant's (1) Application for Temporary Restraining Order, and (2) Application for an Order to Conduct Expedited Discovery. Good cause appearing, it is HEREBY ORDERED that defendants shall file their opposition thereto no later than May 17, 2006. Plaintiff shall file a reply no later than May 23, 2006. A hearing shall be held on May 31, 2006 at 10:00 a.m.

**IT IS SO ORDERED.**

Dated:    5/11//06

THELTON E. HENDERSON
UNITED STATES DISTRICT JUDGE