1  JOHN J. WALLER, JR. (State Bar No. 094449)
   Members of
2  FINESTONE & RICHTER, A Professional Corporation
   11601 Wilshire Boulevard, Suite 1900
3  Los Angeles, California 90025
   Telephone:   (310) 575-0800
4  Facsimile:   (310) 575-0170

5  Attorneys for Defendants Doneen Barone, Jerra
   Lingit, Sumitra Nadarajah, Marken Limited and
6  Marken Worldwide Express

7

8

9                UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA

11

12 | WORLD COURIER, INC., A New York          Case No. C 06-03072 TEH
   | Corporation,
13 |
   |           Plaintiff,
14 |                                           **STIPULATION AND ORDER
   |                                           MODIFYING BRIEFING SCHEDULE
15 |      v.                                   AND HEARING DATE RE
   |                                           PLAINTIFF'S APPLICATIONS FOR
16 |                                           A TEMPORARY RESTRAINING
   | DONEEN BARONE, JERRA LANGIT,              ORDER AND FOR EXPEDITED
17 | SUMITRA NADARAJAH, and MARKEN             DISCOVERY**
   | LIMITED, dba MARKEN INTERNATIONAL
18 | COURIER SERVICE and MARKEN
   | WORLDWIDE EXPRESS, a United Kingdom
19 | Corporation,
   |
20 |           Defendants.

21

22

23

24       WHEREAS on May 8, 2006, Plaintiff World Courier, Inc. ("World Courier") filed

25 its Complaint for Damages commencing this action against defendants Doneen Barone, Jerra

26 Langit, Sumitra Nadarajah, Marken Limited and Marken Worldwide Express (collectively,

27 "Defendants");

28

Page 1 –
Stipulation and Order Modifying Briefing Schedule and Hearing Date re
Applications for TRO and Expedited Discovery

1  WHEREAS on May 9, 2006, World Courier filed its Application for Temporary Restraining Order and Issuance of Order to Show Cause Re: Issuance of Preliminary Injunction ("Application for TRO");

WHEREAS on May 9, 2006, World Courier also filed its Application for an Order to Conduct Expedited Discovery ("Application for Expedited Discovery");

WHEREAS on May 11, 2006, the Court issued an Order setting a briefing and hearing schedule for the Application for TRO and the Application for Expedited Discovery, which schedule requires Defendants to file their opposition memoranda and declarations to those Applications by May 17, 2006, requires World Courier to file any reply memoranda and declarations in connection with those Applications by May 23, 2006, and sets the hearing on those Applications for May 31, 2006, at 10:00 a.m.;

WHEREAS World Courier and Defendants have been cooperating with each other to attempt to narrow the issues in dispute between them with respect to the matters underlying the Application for TRO and the Application for Expedited Discovery, but require additional time to complete those efforts and to properly brief and prepare their respective submissions to the Court in connection with the Application for TRO and the Application for Expedited Discovery;

NOW, THEREFORE, World Courier and Defendants hereby stipulate, by and through their respective counsel, subject to the approval of the Court, that the briefing schedule with respect to the Application for TRO and the Application for Expedited Discovery, and the hearing date therefore, shall be modified as follows:

1. Defendants shall file their opposition memoranda and declarations to the Application for TRO and the Application for Expedited Discovery by May 24, 2006;

2. World Courier shall file any reply memoranda and declarations to the Applications for TRO and the Application for Expedited Discovery by May 30, 2006; and

///
///
///

Page 2 –
Stipulation and Order Modifying Briefing Schedule and Hearing Date re Applications for TRO and Expedited Discovery

3. the hearing on the Application for TRO and the Application for Expedited Discovery shall be held at 10:00 a.m., on ~~June 6, 2006~~, June 7, 2006 or ~~June 8, 2006~~, or on such other later date as the Court may set.

Dated: May 15, 2006

DILLINGHAM & MURPHY
WILLIAM F. MURPHY
THOMAS C. CHOW

CURTIS, MALLET-PREVOST, COLT & MOSLE
TURNER P. SMITH (Pro Hac Vice)

By _____
Attorneys for Plaintiff World Courier, Inc.

Dated: May 15, 2006

FINESTONE & RICHTER
JOHN J. WALLER, JR.

By _____
Attorneys for Defendants Doneen Barone, Jerra Langit, Sumitra Nadarajah, Marken Limited and Marken Worldwide Express

ORDER

The Court, having reviewed the foregoing Stipulation and Order, and good cause appearing, hereby ORDERS that the foregoing Stipulation shall be and hereby is entered as the Court's Order. IT IS SO ORDERED.

Dated: May 18, 2006.

_____
Judge Thelton E. Henderson

Page 3 –
Stipulation and Order Modifying Briefing Schedule and Hearing Date re Applications for TRO and Expedited Discovery