DILLINGHAM & MURPHY, LLP
WILLIAM F. MURPHY (STATE BAR. NO. 82482)
THOMAS C. CHOW (STATE BAR NO. 232580)
225 Bush Street, 6th Floor
San Francisco, California 94104-4207
Telephone:    (415) 397-2700
Facsimile:    (415) 397-3300

CURTIS, MALLET-PREVOST, COLT & MOSLE LLP
TURNER P. SMITH, ESQ. (Pro Hac Vice Pending)
101 Park Avenue
New York, N.Y. 10178
Telephone:    (212) 696-6121
Facsimile:    (212) 697-1559

Attorneys for Plaintiff WORLD COURIER, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WORLD COURIER, INC., A New York Corporation,<br><br>Plaintiff,<br><br>v.<br><br>DONEEN BARONE, JERRA LANGIT, SUMITRA NADARAJAH, and MARKEN LIMITED, dba MARKEN INTERNATIONAL COURIER SERVICE and MARKEN WORLDWIDE EXPRESS, a United Kingdom Corporation,<br><br>Defendants. | Case No. C 06-03072 TEH<br><br>**STIPULATION FOR AND ORDER CONTINUING FURTHER CASE MANAGEMENT CONFERENCE** |

Plaintiff WORLD COURIER, INC. ("World Courier") and defendants MARKEN, LIMITED ("Marken"), DONEEN BARONE, JERRA LANGIT, and SUMITRA NADARAJAH (collectively, "Defendants") hereby stipulate, by and through their counsel, that the Court may enter an order continuing the Further Case Management Conference, presently set for December 19, 2006, to February 5, 2007 at 10 AM. There is good cause for the entry of such an order in

that World Courier will be filing a motion to be heard in this action on February 5, 2007, and the parties believe that the Further Case Management Conference could and should be conducted by the Court in conjunction with the hearing on that motion.

Dated: Dec. 14, 2006

DILLINGHAM & MURPHY
WILLIAM F. MURPHY
THOMAS C. CHOW

CURTIS, MALLET-PREVOST, COLT & MOSLE
TURNER P. SMITH (Pro Hac Vice)

By _____
Attorneys for Plaintiff World Courier, Inc.

Dated: Dec. 14, 2006

FINESTONE & RICHTER, P.C.
JOHN L. WALLER, JR.

By _____
Attorneys for Defendants Doreen Barone, Jerra Langit, Sumitra Nadarajah, and Marken, Limited

//
//
//
//
//
//
//
//
//

Page 2 – Stipulation for And Order Continuing Further Case Mgmt Conference

## ORDER

The Court, having reviewed the foregoing Stipulation for and Order, and good cause appearing, hereby ORDERS that the foregoing Stipulation shall be and hereby is entered as the Court's Order. IT IS SO ORDERED. The Further Case Management Conference date of December 19, 2006 is vacated, and it shall instead go forward on February 5, 2007, at 10 AM. The parties are directed to file and serve updated Case Management Conference Statements to the Court on or before January 29, 2007.

Dated: December 18, 2006.



_____
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge Thelton E. Henderson