IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WORLD COURIER, INC., | No. C 06-03072 TEH |
| Plaintiff, | |
| v. | **ORDER** |
| DONEEN BARONE, et al., | |
| Defendants. | |

The Court has been informed that counsel for Defendants failed to timely file their opposition to Plaintiff's Motion for Preliminary Injunction and for Sanctions for Spoliation. Accordingly, it is HEREBY ORDERED that:

1. Defendants shall file their Opposition thereto no later than Monday, January 22, 2007, along with a declaration showing cause as to why they should not be sanctioned for failing to comply with the Local Rules of this Court.

2. Plaintiff's Reply shall be due no later than Monday, January 29, 2007.

3. The hearing in this matter is continued from February 5, 2007 to February 12, 2007 at 10:00 a.m.

**IT IS SO ORDERED.**

Dated: January 18, 2007

THELTON E. HENDERSON
UNITED STATES DISTRICT JUDGE