```
DILLINGHAM & MURPHY, LLP
WILLIAM F. MURPHY (STATE BAR. NO. 82482)
THOMAS C. CHOW (STATE BAR NO. 232580)
225 Bush Street, 6th Floor
San Francisco, California 94104-4207
Telephone:    (415) 397-2700
Facsimile:    (415) 397-3300

CURTIS, MALLET-PREVOST, COLT & MOSLE LLP
TURNER P. SMITH, ESQ. (Pro Hac Vice Pending)
101 Park Avenue
New York, N.Y. 10178
Telephone:    (212) 696-6121
Facsimile:    (212) 697-1559
```

Attorneys for Plaintiff WORLD COURIER, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WORLD COURIER, INC., A New York Corporation,<br><br>Plaintiff,<br><br>v.<br><br>DONEEN BARONE, JERRA LANGIT, SUMITRA NADARAJAH, and MARKEN LIMITED, dba MARKEN INTERNATIONAL COURIER SERVICE and MARKEN WORLDWIDE EXPRESS, a United Kingdom Corporation,<br><br>Defendants. | Case No. C 06-03072 TEH<br><br>**STIPULATION FOR AND ORDER CONTINUING FURTHER CASE MANAGEMENT CONFERENCE AND HEARING FOR MOTION FOR FURTHER PRELIMINARY INJUNCTIVE RELIEF AND FOR SANCTIONS FOR SPOLIATION** |

Plaintiff WORLD COURIER, INC. ("World Courier") and defendants MARKEN, LIMITED ("Marken"), DONEEN BARONE, JERRA LANGIT, and SUMITRA NADARAJAH (collectively, "Defendants") hereby stipulate, by and through their counsel, that:

1.  The Court may enter an order continuing the Further Case Management Conference, presently set for February 5, 2007, to March 1, 2007, at 10 AM. There is good

cause for the entry of such an order in that World Courier has filed a Motion for Further Preliminary Injunctive Relief and for Sanctions for Spoliation to be heard in this action, and it would conserve this Court's resources to hold the Further Case Management Conference and the motion hearing at the same time. The parties believe that there is no compelling reason to waste the time and resources of both the Court and their counsel to have separate hearings. Thus, the parties respectfully request that the Further Case Management Conference could and should be conducted by the Court in conjunction with the hearing on the Motion for Further Preliminary Injunctive Relief and for Sanctions for Spoliation.

2. The Court may enter an order continuing the hearing for Plaintiff World Courier's Motion for Further Preliminary Injunctive Relief and for Sanctions for Spoliation, presently set for February 12, 2007 at 10 AM. There is good cause for the entry of such an order in that the parties have spent substantial time engaged in good faith negotiations to informally resolve the case, including an all-day mediation on January 25, 2007 and ongoing discussions. Further, Defendants Barone, Langit, Nadarajah, and Marken filed a late opposition to World Courier's Motion, and Plaintiff World Courier lacks an adequate amount of time to submit its Reply Brief pursuant to the Local Rules, which require a Reply Brief by January 29, 2007. The parties believe good cause exists to extend the final date for filing of a reply brief by World Courier to February 7, 2007. Such a continuance would allow the Court more time to consider the arguments presented by the parties, as well as give the parties more time to continue settlement negotiations.

The parties respectfully request the Court to schedule the hearing for World Courier's Motion for Further Preliminary Injunctive Relief and for Sanctions for Spoliation for March 1, 2007, due to the unavailability of this Court on February 26 and March 5, 2007. In addition, March 1, 2007, is the next available date in the schedules of Plaintiff's counsel and Defendants' counsel, both of whom are out-of-town attorneys. Because the parties do not wish to delay the hearings indefinitely, and the next possible date for hearing for both parties being March 1, 2007, the parties request the Court to schedule the hearings on that date. If this is not possible,

Page 2 – Stipulation for and Order Continuing Further Case Management Conference and Hearing for Motion for Further Preliminary Injunctive Relief and for Sanctions for Spoliation

then the parties ask that the Court set the hearing for the next available law and motion hearing date after March 5, 2007.

    For the foregoing reasons, there is good cause for the entry of such an order that World Courier's Motion for Further Preliminary Injunctive Relief and for Sanctions for Spoliation be set for March 1, 2007, and World Courier's last day to submit a Reply Brief to Defendants' Opposition set for February 7, 2007.

Dated: 1/31/07

DILLINGHAM & MURPHY
WILLIAM F. MURPHY
THOMAS C. CHOW

CURTIS, MALLET-PREVOST, COLT & MOSLE

TURNER P. SMITH (Pro Hac Vice)

By _____
Attorneys for Plaintiff World Courier, Inc.

Dated: 1/31/07

FINESTONE & RICHTER, P.C.
JEFFREY R. RICHTER

By _____
Attorneys for Defendants Doreen Barone, Jerra Langit, Sumitra Nadarajah, and Marker, Limited

///
///
///
///
///

Page 3 – Stipulation for and Order Continuing Further Case Management Conference and Hearing for Motion for Further Preliminary Injunctive Relief and for Sanctions for Spoliation

ORDER

The Court, having reviewed the foregoing Stipulation for and Order, and good cause appearing, hereby ORDERS that the foregoing Stipulation shall be and hereby is entered as the Court's Order:

1. The Further Case Management Conference date of February 5, 2007 is vacated, and it shall instead go forward on March 12, 2007, at 10 AM.

2. The hearing date for World Courier's Motion for Further Preliminary Injunctive Relief and for Sanctions for Spoliation of February 12, 2007 is vacated, and it shall instead go forward on March 12, 2007, at 10 AM. Plaintiff World Courier shall submit its Reply Brief to Defendants' Opposition by February 7, 2007.

**IT IS SO ORDERED.**

Dated: ~~January~~ February 1, 2007



_____
UNITED STATES DISTRICT JUDGE

Page 4 – Stipulation for and Order Continuing Further Case Management Conference and Hearing for Motion for Further Preliminary Injunctive Relief and for Sanctions for Spoliation