1  DILLINGHAM & MURPHY, LLP
   WILLIAM F. MURPHY (STATE BAR. NO. 82482)
2  THOMAS C. CHOW (STATE BAR NO. 232580)
   225 Bush Street, 6th Floor
3  San Francisco, California 94104-4207
   Telephone:    (415) 397-2700
4  Facsimile:    (415) 397-3300

5  CURTIS, MALLET-PREVOST, COLT & MOSLE LLP
   TURNER P. SMITH, ESQ. (Pro Hac Vice Pending)
6  101 Park Avenue
   New York, N.Y. 10178
7  Telephone:    (212) 696-6121
   Facsimile:    (212) 697-1559
8

9    Attorneys for Plaintiff WORLD COURIER, INC.

10                    UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12

13  WORLD COURIER, INC., A New York          Case No. C 06-03072 TEH
14  Corporation,

15              Plaintiff,
                                             **STIPULATION FOR AND ORDER**
16      v.                                   **CONTINUING FURTHER CASE**
                                             **MANAGEMENT CONFERENCE**
17

18  DONEEN BARONE, JERRA LANGIT,
    SUMITRA NADARAJAH, and MARKEN
19  LIMITED, dba MARKEN INTERNATIONAL
    COURIER SERVICE and MARKEN
20  WORLDWIDE EXPRESS, a United Kingdom
    Corporation,
21
                Defendants.
22

23
            Plaintiff WORLD COURIER, INC. ("World Courier") and defendants MARKEN,
24
    LIMITED ("Marken"), DONEEN BARONE, JERRA LANGIT, and SUMITRA NADARAJAH
25
    (collectively, "Defendants") hereby stipulate, by and through their counsel, that the Court may
26
    enter an order continuing the Further Case Management Conference, presently set for June 25,
27
    2007, to July 16, 2007 at 10 AM.  There is good cause for the entry of such an order in that the
28

1   parties have engaged in, and will continue to engage in, extensive settlement negotiations in

2   order to resolve all outstanding disputes, and believe they have now reached agreement in

3   principle (subject to agreement on documentations) on most of the essential terms of the

4   settlement.  The parties anticipate being able to resolve these matters and expect to file a

5   stipulation for and order dismissing the action prior to the new proposed CMC date set forth

6   above, and respectfully ask the Court to reset the Case Management Conference to facilitate the

7   parties' settlement efforts.

8       Dated:   6/20/07                 DILLINGHAM & MURPHY
9                                        WILLIAM F. MURPHY
                                         THOMAS C. CHOW
10
                                         CURTIS, MALLET-PREVOST, COLT & MOSLE
11                                       TURNER P. SMITH (Pro Hac Vice)

12

13

14      By _____
15                                       Attorneys for Plaintiff World Courier, Inc.

16

17      Dated:                           FINESTONE & RICHTER, P.C.
18                                       JEFFREY R. RICHTER
                                         JOHN J. WALLER, JR.
19

20

21      By _____
                                         Attorneys for Defendants Doneen Barone,
22                                       Jerra Langit, Sumitra Nadarajah, and
                                         Marken, Limited
23

24      //
25      //
26      //
27      //
28

Page 2 – Stipulation for And Order Continuing Further Case Mgmt Conference

1   parties have engaged in, and will continue to engage in, extensive settlement negotiations in

2   order to resolve all outstanding disputes, and believe they have now reached agreement in

3   principle (subject to agreement on documentations) on most of the essential terms of the

4   settlement.  The parties anticipate being able to resolve these matters and expect to file a

5   stipulation for and order dismissing the action prior to the new proposed CMC date set forth

6   above, and respectfully ask the Court to reset the Case Management Conference to facilitate the

7   parties' settlement efforts.

8       Dated:                          DILLINGHAM & MURPHY
9                                        WILLIAM F. MURPHY
                                         THOMAS C. CHOW
10
11                                       CURTIS, MALLET-PREVOST, COLT & MOSLE
                                         TURNER P. SMITH (Pro Hac Vice)
12

13

14                            By _____
15                                       Attorneys for Plaintiff World Courier, Inc.

16

17      Dated:  6/20/07               FINESTONE & RICHTER, P.C.
18                                       JEFFREY R. RICHTER
                                         JOHN J. WALLER, JR.
19

20

21                            By _____
                                         Attorneys for Defendants Doneen Barone,
22                                       Jerra Langit, Sumitra Nadarajah, and
                                         Marken, Limited
23

24      //
25      //
26      //
27      //
28

Page 2 – Stipulation for And Order Continuing Further Case Mgmt Conference

ORDER

The Court, having reviewed the foregoing Stipulation for and Order, and good cause appearing, hereby ORDERS that the foregoing Stipulation shall be and hereby is entered as the Court's Order.  IT IS SO ORDERED.   The Case Management Conference date of June 25, 2007 is vacated, and it shall instead go forward on July 16, 2007, at 10 AM.  The parties are directed to file and serve updated Case Management Conference Statements to the Court on or before July 11, 2007.

Dated:  June 21, 2007.



_____
TES DISTRICT JUDGE

Judge Thelton E. Henderson