DILLINGHAM & MURPHY, LLP
WILLIAM F. MURPHY (STATE BAR. NO. 82482)
THOMAS C. CHOW (STATE BAR NO. 232580)
225 Bush Street, 6th Floor
San Francisco, California 94104-4207
Telephone:   (415) 397-2700
Facsimile:    (415) 397-3300

CURTIS, MALLET-PREVOST, COLT & MOSLE LLP
TURNER P. SMITH, ESQ. (Pro Hac Vice Pending)
101 Park Avenue
New York, N.Y. 10178
Telephone:   (212) 696-6121
Facsimile:    (212) 697-1559

Attorneys for Plaintiff WORLD COURIER, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WORLD COURIER, INC., A New York Corporation,<br><br>Plaintiff,<br><br>v.<br><br>DONEEN BARONE, JERRA LANGIT, SUMITRA NADARAJAH, and MARKEN LIMITED, dba MARKEN INTERNATIONAL COURIER SERVICE and MARKEN WORLDWIDE EXPRESS, a United Kingdom Corporation,<br><br>Defendants. | Case No. C 06-03072 TEH<br><br>**STIPULATION FOR AND ORDER CONTINUING FURTHER CASE MANAGEMENT CONFERENCE** |

Plaintiff WORLD COURIER, INC. ("World Courier") and defendants MARKEN, LIMITED ("Marken"), DONEEN BARONE, JERRA LANGIT, and SUMITRA NADARAJAH (collectively, "Defendants") hereby stipulate, by and through their counsel, that the Court may enter an order continuing the Further Case Management Conference, presently set for July 30, 2007, to August 13, 2007 at 10 AM. The parties believe there is good cause for the entry of such

1  such an order in that the parties have reached a resolution of World Courier's claims, and
2  executed settlement documents as well as other performance by defendants called for by the
3  settlement is expected to be completed by July 31, 2007. A dismissal of the action, with the
4  Court reserving jurisdiction to enforce its previously entered orders in accordance with their
5  terms, should be submitted to the Court on or before August 3, 2007.

6  Dated: July 27, 2007

DILLINGHAM & MURPHY
WILLIAM F. MURPHY
THOMAS C. CHOW

CURTIS, MALLET-PREVOST, COLT & MOSLE
TURNER P. SMITH (Pro Hac Vice)

By _____
Attorneys for Plaintiff World Courier, Inc.

15 Dated: July 27, 2007

FINESTONE & RICHTER, P.C.
JEFFREY R. RICHTER
JOHN J. WALLER, JR.

By _____
Attorneys for Defendants Doneen Barone,
Jerra Langit, Sumitra Nadarajah, and
Marken, Limited

22  //
23  //
24  //
25  //
26  //
27  //
28

Page 2 – Stipulation for And Order Continuing Further Case Mgmt Conference

1  ORDER

2      The Court, having reviewed the foregoing Stipulation for and Order, and good cause
3  appearing, hereby ORDERS that the foregoing Stipulation shall be and hereby is entered as the
4  Court's Order. IT IS SO ORDERED. The Case Management Conference date of July ~~31~~ 30, 2007 is
5  vacated, and it shall instead go forward on August 13, 2007, at ~~10 AM~~ 1:30 PM.

6      Dated: July 30, 2007.

_____
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge Thelton E. Henderson