1  DILLINGHAM & MURPHY, LLP
   WILLIAM F. MURPHY (STATE BAR. NO. 82482)
2  THOMAS C. CHOW (STATE BAR NO. 232580)        E-Filing
   225 Bush Street, 6th Floor
3  San Francisco, California 94104-4207
   Telephone:   (415) 397-2700
4  Facsimile:   (415) 397-3300

5  CURTIS, MALLET-PREVOST, COLT & MOSLE LLP
   TURNER P. SMITH, ESQ. (Pro Hac Vice Pending)
6  101 Park Avenue
   New York, N.Y. 10178
7  Telephone:   (212) 696-6121
   Facsimile:   (212) 697-1559
8

9      Attorneys for Plaintiff WORLD COURIER, INC.

10               UNITED STATES DISTRICT COURT

11               NORTHERN DISTRICT OF CALIFORNIA

12

13

   WORLD COURIER, INC., A New York          Case No. C 06-03072 TEH
14 Corporation,

15              Plaintiff,

16                                           **STIPULATION FOR AND ORDER
                                             DISMISSING ACTION WITH
        v.                                   PREJUDICE, COURT TO RETAIN
17                                           JURISDICTION OVER THE
                                             PARTIES TO ENFORCE EXISTING
18 DONEEN BARONE, JERRA LANGIT,              INJUNCTIONS**
   SUMITRA NADARAJAH, and MARKEN
19 LIMITED, dba MARKEN INTERNATIONAL         **Rule 41(a)**
   COURIER SERVICE and MARKEN
20 WORLDWIDE EXPRESS, a United Kingdom
   Corporation,
21
                Defendants.
22

23      Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff WORLD

24 COURIER, INC. ("World Courier") and defendants MARKEN, LIMITED ("Marken"),

25 DONEEN BARONE, JERRA LANGIT, and SUMITRA NADARAJAH (collectively,

26 "Defendants") hereby stipulate, by and through their counsel, that:

27

28

1.     The preliminary injunctive relief entered by this Court in May 2006 and in March 2007 shall remain in full force and effect against Defendants in accordance with the terms of those injunctions, and that the Court shall retain jurisdiction over the parties to enforce the foregoing injunctive relief.

2.     Subject to the terms of paragraph 1 of this stipulation, the parties stipulate that the Court should enter an Order dismissing the above-entitled action, with prejudice, with each party is to bear its own attorneys' fees and costs.

**IT IS SO STIPULATED.**

Dated: July 21, 2007            DILLINGHAM & MURPHY
WILLIAM F. MURPHY
THOMAS C. CHOW

CURTIS, MALLET-PREVOST, COLT & MOSLE
TURNER P. SMITH (Pro Hac Vice)

By    _____
Attorneys for Plaintiff World Courier, Inc.

Dated: July 30, 2007           FINESTONE & RICHTER, P.C.
JEFFREY R. RICHTER
JOHN J. WALLER, JR.

By    _____
Attorneys for Defendants Doneck Barone,
Jerra Langit, Sumitra Nadarajah, and
Markon, Limited

///

///

///

Page 2 – Stipulation for and Order Dismissing Action & Retaining Jurisdiction

**ORDER**

The Court, having reviewed the foregoing Stipulation for and Order, and good cause appearing, hereby ORDERS that the foregoing Stipulation shall be and hereby is entered as the Court's Order:

1.      The preliminary injunctive relief entered by this Court in May 2006 and in March 2007 shall remain in full force and effect against Defendants in accordance with the terms of those injunctions, and that the Court shall retain jurisdiction over the parties to enforce the foregoing injunctive relief.

2.      Subject to the terms of paragraph 1 of this stipulation, the above-entitled action is DISMISSED, with prejudice, each party is to bear its own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: _8/10_ , 2007

_____
UNITED STATES DISTRICT JUDGE